**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHADRICK E. FULKS,** | |
| **PLAINTIFF,** | |
| v. | **CASE NO. 13-0938 (TSC)** |
| **UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,** | |
| **DEFENDANT.** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Benton Peterson as co-counsel for the defendant in the above-captioned case.

Respectfully submitted,

__/s/_____
BENTON PETERSON
Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530
Tel:    202.252.2534
Email:  Benton.Peterson@usdoj.gov