## IN THE DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the ) | |
| Federal Bureau of Prisons' Execution ) | |
| Protocol Cases, ) | |
| ) | |
| LEAD CASE: *Roane et al. v. Barr* ) | Case No. 19-mc-145 (TSC) |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ALL CASES ) | |
| ) | |

## DEFENDANTS' NOTICE OF FILING

        Pursuant to this Court's minute order of August 15, 2019 and Local Civil Rule 7(n)(1)

Defendants respectfully submit the attached certified list of the contents of the administrative

record.  Defendants have also served an electronic copy of the administrative record on all

plaintiffs' counsel of record using their email addresses as indicated on the docket, except those

denoted with an asterisk in the below Certificate of Service because the emails were

undeliverable, and those denoted with two asterisks because those did not provide their email

addresses on the docket and are no longer with the law firms they identified on the docket.

Dated: August 30, 2019

Respectfully submitted,

JOSEPH H. HUNT                          JESSIE K. LIU
Assistant Attorney General              United States Attorney

JAMES M. BURNHAM                        DANIEL F. VAN HORN
Deputy Assistant Attorney General       Civil Chief, U.S. Attorney's Office

JEAN LIN                                */s/ Denise M. Clark*
Special Counsel                         DENISE M. CLARK, D.C. Bar No. 479149
Civil Division,                         Assistant United States Attorney

Federal Programs Branch
Department of Justice
Washington, D.C. 20530
202-514-3716
Jean.Lin@usdoj.gov

U.S. Attorney's Office for the District of Columbia
Civil Division
Washington, D.C. 20530
202-252-6605
Denise.Clark@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I caused a true and correct copy of the Notice of

Filing and attachment to be served on all counsel of record via the Court's CM/ECF system, and

that I have further caused a copy of the Administrative Record to be e-mailed to the following

counsel of record for the plaintiffs:

\* E-mail undeliverable
\*\* No e-mail provided on the docket, and counsel no longer with the identified firms.

Joshua Christopher Toll
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20002
(202) 737-8616
Email: jtoll@kslaw.com

Paul F. Enzinna
ELLERMAN ENZINNA PLLC
1050 30th Street NW
Washington, DC 20007
(202) 753-5553
Fax: (617) 289-0512
Email: penzinna@ellermanenzinna.com

Charles Anthony Zdebski
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Telecommunications Law
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20005
(202) 659-6605
Fax: (202) 659-6699
Email: czdebski@eckertseamans.com

Brandon David Almond
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
(202) 274-2864

Fax: (202) 274-2994
Email: brandon.almond@troutmansanders.com

Gerald Wesley King, Jr.
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, NW
Suite 1500
Atlanta, GA 30303
(404) 688-7530
Fax: (404) 688-0768
Email: gerald_king@fd.org

Donald P. Salzman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7983
Fax: (202) 661-9063
Email: Donald.salzman@skadden.com

Celeste Bacchi
OFFICE OF THE PUBLIC DEFENDER
Capital Habeas Unit
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-1887
Fax: (213) 894-0310
Email: celeste_bacchi@fd.org

Craig Anthony Harbaugh
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
321 East Second Street
Los Angeles, CA 90012
(213) 894-7865
Fax: (213) 894-0310
Email: craig_harbaugh@fd.org

Jonathan Charles Aminoff
FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA
321 East Second Street
Los Angeles, CA 90012
(213) 894-5374
Fax: (213) 894-0310
Email: jonathan_aminoff@fd.org

Alexander Kursman
Assistant Federal Defender, Pro Bono Counsel Pursuant to Local Rule 83.2
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel.: (215) 928-0520
Email: Alex_Kursman@fd.org

*Billy H. Nolas
Federal Community Defender Office, E.D. Pa.
601 Walnut Street Suite 545w
Philadelphia, PA  19106
Tel.: (215) 928-0520
Email: Billy_Nolas@fd.org

*Kathryn B. Codd
VINSON & ELKINS, L.L.P.
2200 Pennsylvania Avenue, NW
Suite 500-West
Washington, DC 20037
(202) 639-6536
Fax: (202) 639-8936
Email: kcodd@velaw.com

**Jeanne Vosberg Sourgens
VINSON & ELKINS L.L.P
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
(202) 639-6633
Fax: (202) 639-6604

Robert E. Waters
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 737-0500
Email: rwaters@velaw.com

William E. Lawler, III
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037

(202) 639-6676
Fax: (202) 639-6604
Email: wlawler@velaw.com

*Yousri H. Omar
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
(202) 639-6500
Email: yomar@velaw.com

*Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604-4815
(502) 320-1837
Fax: (502) 227-4669
Email: mod@dcr.net

Abigail Bortnick
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 626-5502
Fax: (202) 626-3737
Email: abortnick@kslaw.com

**William E. Hoffmann, Jr.
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572-3383
Fax: (404) 572-5136

*Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
1330 CONNECTICUT AVENUE NW
Washington, DC 20036
(202) 429-6221
Email: mhulkower@steptoe.com

Matthew John Herrington
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8164

Email: mherrington@steptoe.com

Robert A. Ayers
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6401
Email: rayers@steptoe.com

Gary E. Proctor
LAW OFFICES OF GARY E. PROCTOR, LLC
8 E. Mulberry Street
Baltimore, MD 21202
(410) 444-1500
Fax: (443) 836-9162
Email: garyeproctor@gmail.com

Robert L. McGlasson
MCGLASSON & ASSOCIATES, PC
1024 Clairemont Avenue
Decatur, GA 30030
(404) 314-7664
Fax: (404) 879-0005
Email: rlmcglasson@comcast.net

Sean D. O'Brien
PUBLIC INTEREST LITIGATION CLINIC
6155 Oak
Suite C
Kansas City, MO 64113
(816) 363-2795
Fax: (816) 363-2799
Email: dplc@dplclinic.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE, EASTERN DISTRICT OF PENN
601 Walnut Street
Suite 545 W
Philadelphia, PA 19107
(215) 928-0528
Fax: (215) 928-0826
Email: shawn.nolan@fd.org

Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EDPA
601 Walnut Street

5

Suite 545W
Philadelphia, PA 19106
(215) 928-0520
Email: amy_donnella@fd.org

Joseph William Luby
FEDERAL PUBLIC DEFENDER/EDPA
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Email: joseph_luby@fd.org

Elizabeth Hagerty
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-3231
Fax: (202) 637-5910
Email: elizabeth.hagerty@hoganlovells.com


                                    /s/ *Denise M. Clark*_____
                                    DENISE M. CLARK